No. 21-12517

# IN THE
# United States Court of Appeals
# for the Eleventh Circuit

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION

LLOYD BAKER,
*Plaintiff-Appellee*
v.
3M COMPANY, ET AL.,
*Defendants-Appellants*

On Appeal from the United States District Court
for the Northern District of Florida
MDL No. 2885, 7:20-cv-00039-MCR-GRJ
Hon. M. Casey Rodgers

**PLAINTIFF-APPELLEE'S MOTION FOR CONSOLIDATION OF APPEALS FOR BRIEFING AND ARGUMENT**

Michael Sacchet
CIRESI CONLIN LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
(612) 361-8220

David M. Cooper
QUINN EMANUEL URQUHART &
  SULLIVAN LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
(212) 849-7000

Bryan F. Aylstock
AYLSTOCK WITKIN KREIS &
  OVERHOLTZ, PLLC
17 E. Main St., Suite 200
Pensacola, FL 32502
(850) 202-1010

*Counsel for Plaintiff-Appellee*

October 29, 2021

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rules 26.1-1, 26.1-2, and 26.1-3, Plaintiff-Appellee hereby files this Certificate of Interested Persons and Corporate Disclosure Statement:

- 3M Company (MMM) – Defendant-Appellant

- 3M Occupational Safety LLC – wholly owned subsidiary of Defendant-Appellant 3M Company

- Aearo Holdings LLC – wholly owned subsidiary of Defendant-Appellant 3M Company

- Aearo Intermediate LLC – wholly owned subsidiary of Defendant-Appellant 3M Company

- Aearo Technologies LLC – wholly owned subsidiary of Defendant-Appellant 3M Company

- Aearo, LLC – wholly owned subsidiary of Defendant-Appellant 3M Company

- Aylstock Witkin Kreis & Overholtz – counsel for Plaintiff-Appellee

- Aylstock, Bryan Frederick – counsel for Plaintiff-Appellee

- Baker, Lloyd – Plaintiff-Appellee

- Barr, Brian H. – counsel for MDL Plaintiffs

- Beall, Charles Franklin, Jr. – counsel for Defendants-Appellants

- Benton, Diana Clough – counsel for Defendants-Appellants

- Bhimani, Jay L. – counsel for Defendants-Appellants

- Bouk, Winston Troy – counsel for MDL Plaintiffs

- Bradley Arant Boult Cummings – counsel for Defendant-Appellant 3M Company

- Branscome, Kimberly O. – counsel for Defendants-Appellants

- Brock, Robert C. – counsel for Defendants-Appellants

- Brown & James – counsel for Plaintiff-Appellee

- Brown, Micah David – counsel for Defendants-Appellants

- Buchanan, David R. – counsel for Plaintiff-Appellee

- Burns, Michael A. – counsel for MDL Plaintiffs

- Buxner, Evan D. – counsel for MDL Plaintiffs

- Carter, Cole T. – counsel for Defendants-Appellants

- Cartmell, Thomas P. – counsel for MDL Plaintiffs

- Castiglia, Craig – counsel for Defendants-Appellants

- Ciresi Conlin LLP – counsel for Plaintiff-Appellee

- Clark Love & Hutson – counsel for Plaintiff-Appellee

- Clement, Paul D. – counsel for Defendants-Appellants

- Cooper, David M. – counsel for Plaintiff-Appellee

ii

- Cornell, Katherine Lindsey – counsel for MDL Plaintiffs

- Czak, Steven C. – counsel for Defendants-Appellants

- DeCamp, Kyle Richard – counsel for Defendants-Appellants

- Dechert LLP – counsel for Defendants-Appellants

- De Paulo, Tabitha J. – counsel for Defendants-Appellants

- Elizabeth, Sierra – counsel for Defendants-Appellants

- Ellis, Robert P. – counsel for Defendants-Appellants

- Esfandiarifard, Saghar – counsel for Defendants-Appellants

- Estes, Luke – Plaintiff-Appellee

- Fields, Barry E. – counsel for Defendants-Appellants

- Fox, Shawn – counsel for Plaintiff-Appellee

- Gibney, Blake – counsel for Defendants-Appellants

- Glass, David M. – counsel for the United States of America

- Gori Julian & Associates – counsel for MDL Plaintiffs

- Gottlieb, Simon – counsel for Defendants-Appellants

- Gunderson, Karl B. – counsel for Defendants-Appellants

- Hacker, Stephen – Plaintiff-Appellee

- Hill, Thomas Larry – counsel for Defendants-Appellants

- Hodge, Leigh Anne – counsel for Defendant-Appellant 3M Company

- Hoekstra, Jennifer M. – counsel for MDL Plaintiffs

- Hutson, Shelley Van Natter – counsel for Plaintiff-Appellee

- Jones, Hon. Gary R. – U.S. Magistrate Judge for the Northern District of Florida

- Karis, Hariklia – counsel for Defendants-Appellants

- Keefer, Lewis – Plaintiff-Appellee

- Kelly, Maxwell H. – counsel for Plaintiff-Appellee

- Kim, Mary H. – counsel for Defendants-Appellants

- Kirkland & Ellis LLP – counsel for Defendants-Appellants

- Kolsky, Joshua M. – counsel for the United States of America

- Kreis, Douglass A. – counsel for Plaintiff-Appellee

- Laminack Pirtle & Martines – counsel for MDL Plaintiffs

- Leach, Garret A. – counsel for Defendants-Appellants

- Leuthauser, Nolan M. – counsel for Defendants-Appellants

- Levin Papantonio Rafferty – counsel for MDL Plaintiffs

- Marlowe, Emily B. – counsel for Plaintiff-Appellee

- Mitchell, Kasdin – counsel for Defendants-Appellants

- Morriss, F. Chadwick – counsel for Defendants-Appellants

- Mostyn Law – counsel for MDL Plaintiffs

- Moore Hill & Westmoreland – counsel for Defendants-Appellants

- Neglia, Ashley E. – counsel for Defendants-Appellants

- Nomellini, Mark J. – counsel for Defendants-Appellants

- O'Callaghan, Orla – counsel for Defendants-Appellants

- Odom, Megan L. – counsel for Plaintiff-Appellee

- Onder Law LLC – counsel for MDL Plaintiffs

- Overholtz, Neil D. – counsel for MDL Plaintiffs

- Ozurovich, Allison K. – counsel for Defendants-Appellants

- Pirtle, Thomas W. – counsel for MDL Plaintiffs

- Pulaski Law Firm – counsel for MDL Plaintiffs

- Quinn Emanuel Urquhart & Sullivan LLP – counsel for Plaintiff-Appellee

- Rafferty, Troy Alan – counsel for MDL Plaintiffs

- Rivera, Maria P. – counsel for Defendants-Appellants

- Rodgers, Hon. M. Casey – U.S. District Judge for the Northern District of Florida

- Sacchet, Michael A. – counsel for Plaintiff-Appellee

- Sandman, Patrick P. – counsel for Defendants-Appellants

- Seeger, Christopher A. – counsel for MDL Plaintiffs

- Seeger Weiss LLP – counsel for Plaintiff-Appellee

- Seeley, Caleb A. – counsel for Plaintiff-Appellee

- Tam, Jonathan S. – counsel for Defendants-Appellants

- Tracey Fox King & Walters – counsel for Plaintiff-Appellee

- Tracey, Sean Patrick – counsel for Plaintiff-Appellee

- Van Fleteren, Haley J. – counsel for Defendants-Appellants

- Wagstaff & Cartmell – counsel for MDL Plaintiffs

- Wasdin, Nicholas F. – counsel for Defendants-Appellants

- Wilson, Quinn Robert – counsel for MDL Plaintiffs

Plaintiff-Appellee is an individual and not a corporate entity.

Respectfully submitted,

/s/ David M. Cooper
David M. Cooper
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
(212) 849-7000
davidcooper@quinnemanuel.com

*Counsel for Plaintiff-Appellee*

October 29, 2021

Pursuant to Federal Rule of Appellate Procedure 3(b)(2) and Local Rule 27-1, Plaintiffs-Appellees Lloyd Baker, Lewis Keefer, Stephen Hacker, and Luke Estes respectfully move to consolidate for briefing and argument the appeals in *Baker* (No. 21-12517), *Keefer* (No. 21-13131), *Hacker* (No. 21-13133), and *Estes* (No. 21-13135). All four appeals are brought by the same Defendants-Appellants, arise from the same MDL, raise nearly identical questions, and challenge many of the same district court rulings in the MDL. Briefing has not yet begun in any of the appeals. Under these circumstances, the interests in efficiency and uniformity strongly support consolidation. On October 28, 2021, Defendants-Appellants moved to consolidate the *Keefer*, *Hacker*, and *Estes* appeals, but Defendants-Appellants have stated that they will oppose consolidation of the *Baker* appeal.

## BACKGROUND

These appeals arise from an MDL of individual plaintiffs who brought claims against Defendants for injuries caused by Plaintiffs' use of Combat Arms Earplug version 2 ("CAEv2"), manufactured by Defendants, during their military service. In the first bellwether trial—a consolidated trial for Estes, Hacker, and Keefer—the jury unanimously found Defendants liable to Plaintiffs on various claims and awarded both compensatory and punitive damages. *See Estes*, No. 7:20-cv-137-MCR-GRJ (N.D. Fla.), Dkt. 184; *Hacker*, No. 7:20-cv-131-MCR-GRJ (N.D. Fla.), Dkt. 202; *Keefer*, No. 7:20-cv-104-MCR-GRJ (N.D. Fla.), Dkt. 186. The district

1

court entered an amended final judgment for Estes, Hacker, and Keefer on July 14, 2021, and on September 7, 2021, Defendants filed their Notices of Appeal. *See Estes* Dkts. 203, 207; *Hacker* Dkts. 221, 225; *Keefer* Dkts. 205, 209. Defendants raised four issues in their Civil Appeal Statements, which are identical for all three appeals:

> (1) Whether the court erred in granting summary judgment to plaintiffs, and denying defendants' cross-motion, on the government-contractor defense to plaintiffs' design-defect and failure-to-warn claims.
>
> (2) Whether federal labeling regulations apply to the product at issue.
>
> (3) Whether the court erred in making certain evidentiary rulings, including regarding alleged testing issues at defendants' manufacturing facility, the July 2019 Air Force letter, and the December 2018 Department of Justice report.
>
> (4) Whether the court erred in instructing the jury that a large number of lawsuits were pending.

3M Civil Appeal Statement, *Keefer/Hacker/Estes*, Nos. 21-13131, 13133, 13135 (11th Cir. Sept. 30, 2021). Defendants also agreed these three appeals and *Baker* "arise[] from substantially the same case or controversy" and "[i]nvolve an issue that is substantially the same, similar, or related to an issue in this appeal." *Id.* Defendants' opening briefs in the *Estes*, *Hacker*, and *Keefer* appeals were due on November 9, 2021, but that due date is now stayed pursuant to 11th Cir. R. 31-1(b).

In another bellwether trial, for Baker, the jury unanimously found Defendants liable to Baker on his strict liability (failure to warn) claim and awarded compensatory damages. *See Baker*, No. 7:20-cv-39-MCR-GRJ (N.D. Fla.), Dkt.

2

183. The district court entered an amended final judgment for Baker on July 19, 2021, and on July 20, 2021, Defendants filed their Notice of Appeal. *See Baker* Dkts. 197, 199. Defendants raised three issues in their Civil Appeal Statement:

> (1) Whether the district court erred in granting summary judgment to the MDL plaintiffs, and denying defendants' motion for summary judgment, on the government-contractor defense.
>
> (2) Whether the district court erred in instructing the jury that the EPA's labelling regulations apply to the product at issue.
>
> (3) Whether the district court erred in making certain evidentiary rulings, including regarding alleged testing issues at defendants' Mexico manufacturing facility, the July 2019 Air Force letter, and the December 2018 Department of Justice report.

3M Civil Appeal Statement, *Baker*, No. 21-12517 (11th Cir. Aug. 24, 2021). Defendants' opening brief in the *Baker* appeal was due on November 18, 2021, but that due date is now stayed pursuant to 11th Cir. R. 31-1(b).

## ARGUMENT

This Court should consolidate the four appeals because they raise almost identical issues, and thus separate briefing would be substantially duplicative and separate arguments would risk conflicting decisions. Defendants agree that consolidation is warranted for the *Estes*, *Hacker*, and *Keefer* appeals. As Defendants stated in their motion to consolidate, "[j]udicial economy, efficiency for the litigants, and the interests of justice favor consolidation of the *Keefer*, *Hacker*, and *Estes* appeals for briefing and argument." Defendants-Appellants' Unopposed Motion to

3

Consolidate at 2 (Oct. 28, 2021). Indeed, there is no plausible argument to the contrary, as the three appeals arise from the same trial and Defendants raise the very same three issues in their Civil Appeal Statements.

Defendants object to consolidation of *Baker*, but the same rationale for consolidation applies to this appeal. Although *Baker* concerns a different trial in the MDL, the issues Defendants propose to raise are largely identical to those in the *Estes*, *Hacker*, and *Keefer* appeals. In particular, the first issue in all of the appeals concerns the government-contractor defense, which was decided in one summary judgment order in the MDL and applies to all four cases. *See* No. 3:19-md-02885-MCR-GRJ ("MDL") Dkt. 1280. The second issue in the four appeals is also the same, as it concerns the applicability of federal labeling regulations to the CAEv2. Like the government-contractor defense, the same ruling applied to all four cases. *See, e.g.*, *Estes* Dkt. 53 at 21-25; *Keefer* Dkt. 59 at 14-17; *Baker* Dkt. 209 at 3 ("For the reasons stated in the Court's prior Orders, the Court . . . properly instructed the jury regarding EPA regulations."). So too with the third issue, which challenges evidentiary rulings regarding testing issues at Defendants' manufacturing facility, the July 2019 Air Force letter, and the December 2018 Department of Justice report. Again, for all of these evidentiary issues, the same rulings applied in all four cases.[1]

---

[1] *See, e.g.*, MDL Dkt. 1693 at 5-9 (ruling on motion in limine in *Estes*, *Hacker*, and *Keefer* on Department of Justice Report); MDL Dkt. 1695 at 18-19 (ruling on motion in limine in *Estes*, *Hacker*, and *Keefer* on testing at Defendants' Mexico

Thus, all three issues in the *Baker* appeal are present and were ruled on in the same manner in the *Estes*, *Hacker*, and *Keefer* appeals. The only separate issue is the fourth issue in the *Estes*, *Hacker*, and *Keefer* appeals, which challenges a single instruction regarding other pending lawsuits.

Defendants might raise some arguments that are particular for individual appeals, but there is no question—given that Defendants challenge the same rulings deciding the same issues—that the arguments in all four appeals will substantially overlap. Thus, consolidating *Baker* with the *Estes*, *Hacker*, and *Keefer* appeals would not overly complicate the briefing. On the other hand, if *Baker* were not consolidated, the three common issues in all these appeals would need to be briefed in full twice, unnecessarily burdening the parties and the Court. In addition, the same panel will have to consider the issues at the same time, or else risk inconsistent decisions. Given the clear need for consolidation for decision, there is no benefit and substantial burden from briefing and arguing the appeals separately.

---

manufacturing facility); MDL Dkt. 1753 at 1 ("The Court's rulings in *Estes*, *Hacker*, and *Keefer,* to the extent applicable, also apply in . . . *Baker*. . . . [T]he Court will not reconsider its prior rulings."); *Baker* Dkt. 209 at 3 ("For the reasons stated in the Court's prior Orders, the Court properly admitted the [Department of Justice] Report [and] evidence concerning acoustical impedance testing at the TJR facility in Mexico . . . ."); *see also Estes* Dkt. 205 at 4; *Baker* Dkt. 209 at 3-4 (holding that the Air Force memorandum was properly admitted for the same reasons, word for word, in *Estes* and *Baker*).

## CONCLUSION

For the reasons stated above, this Court should consolidate the *Baker*, *Estes*, *Hacker*, and *Keefer* appeals for briefing and argument.

Respectfully Submitted,

/s/ David M. Cooper

| | |
|---|---|
| Michael Sacchet | David M. Cooper |
| CIRESI CONLIN LLP | QUINN EMANUEL URQUHART & |
| 225 S. 6th St., Suite 4600 | SULLIVAN LLP |
| Minneapolis, MN 55402 | 51 Madison Ave., 22nd Floor |
| (612) 361-8220 | New York, NY 10010 |
| | (212) 849-7000 |
| | |
| | Bryan F. Aylstock |
| | AYLSTOCK WITKIN KREIS & |
| |   OVERHOLTZ, PLLC |
| | 17 E. Main St., Suite 200 |
| | Pensacola, FL 32502 |
| | (850) 202-1010 |

*Counsel for Plaintiffs-Appellee*

October 29, 2021

# CERTIFICATE OF COMPLIANCE
# WITH TYPE-VOLUME LIMITATION

I hereby certify that:

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 1,287 words, excluding the parts exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point font.

/s/ David M. Cooper<br>
David M. Cooper

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2021, I electronically filed this motion with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ David M. Cooper
David M. Cooper
