UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

February 28, 2023

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 21-12517-V  ; 21-13131 -V  ; 21-13133 -V  ; 21-13135 -V
Case Style: Lloyd Baker v. 3M Company, et al
District Court Docket No: 7:20-cv-00039-MCR-GRJ
Secondary Case Number: 3:19-md-02885-MCR-GRJ

Acknowledgement Required
**Counsel must acknowledge receipt of the attached calendar by docketing the *"Calendar Receipt Acknowledged"* event in ECF.**

Oral Argument Calendar and Location
The Court has determined that the cases listed on the attached calendar are to be orally argued during the week of 05/01/2023 in Montgomery, Alabama. Counsel for each party must present oral argument unless excused by the Court for good cause shown. *As of the date of this letter, any change in or addition to counsel in this appeal requires leave of the Court.* See 11th Cir. R. 34-4(e)

Panel Assignment
The names of the panel members for this oral argument session may be obtained by calling the Courtroom Deputy shown below, no earlier than 04/17/2023.

Courtroom Deputy: Bryon A. Robinson

Phone #: (404) 335-6142

Electronic Devices
Personal electronic devices, such as cellular telephones, "smart phones," laptop computers, and tablet computers are not allowed beyond the courthouse's security checkpoint unless prior approval has been obtained from a judge of the Court.

Amicus Curiae
An amicus curiae may participate in oral argument only with the Court's permission. See FRAP 29(a)(8).

Questions

If you have questions or concerns, please contact the Calendaring/Court Sessions Section in Atlanta, Georgia at (404) 335-6141.

Clerk's Office Phone Numbers
General Information            404-335-6100
New / Before Briefing Cases        404-335-6135
Cases in Briefing / After Opinion    404-335-6130
Cases Set for Oral Argument        404-335-6141
Capital Cases                404-335-6200
Attorney Admissions            404-335-6122
CM/ECF Help Desk            404-335-6125

CAL-1 Oral Argument Calendar Issued